Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:
Debtor

Case No.:
Chapter

Joseph Anthony Jaconia
Plaintiff

v.

Johnson & Johnson
Defendant

Adv. Proc. No. 19−01821−KCF                    Judge: Kathryn C. Ferguson

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on July 2, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 8
Proposed Findings of Fact and Conclusions of Law. (slf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 2, 2019
JAN: slf

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

Jaconia,
        Plaintiff                                          Adv. Proc. No. 19-01821-KCF

Johnson & Johnson,
        Defendant                    CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jul 02, 2019
                              Form ID: orderntc        Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2019.
aty            ++++ADAM G. HUSIK,    LECLAIR RYAN,   ONE RIVERFRONT PLAZA,    1 RIVERFRONT PLZ STE 16,
                 NEWARK NJ   07102-5436
                 (address filed with court: Adam G. Husik,    LeClair Ryan,    One Riverfront Plaza,
                 1037 Raymond Boulevard,   16th Floor,   Newark, NJ   07102)
aty            +Andrew J. Mundo,    Lynch Daskal Emery LLP,   137 West 25th Street, Floor 5,
                 New York, NY 10001-7222
aty            +Bonnie H. Hanlon,    Goldberg Segalla LLP,   1037 Raymond Blvd., Suite 1010,
                 Newark, NJ 07102-5430
aty            +Christopher J. Keale,    Tanenbaum Keale LLP,   Three Gateway Center,
                 100 Mulberry Street, Ste 13001,    Newark, NJ 07102-4056
aty            +David A. Speziali,    Speziali, Greenwald Hawkins,   1081 Winslow Road,   PO Box 1086,
                 Williamstown, NJ 08094-5086
aty            +David E. Rutkowski,    Goldberg Segalla LLP,   1037 Raymond Blvd., Suite 1010,
                 Newark, NJ 07102-5430
aty            +Dexter R. Hamilton,    Cozen & O'Conner,   One Liberty Place,   1650 Market Street, Suite 2800,
                 Philadelphia, PA 19103-7325
aty            +Elizabeth A. Weill,    Goldberg Segalla LLP,   1037 Raymond Blvd., Suite 1010,
                 Newark, NJ 07102-5430
aty            +Ethan Stein,    Gibbons PC,   One Gateway Center,   Newark, NJ 07102-5310
aty            +Gary D. Van Lieu,    O'Toole Scrivo Fernandez Weiner Van Lieu,    14 Village Park Road,
                 Cedar Grove, NJ 07009-1246
aty            +Jacqueline Bushwack,    Rivkin Radler,   926 RXR Plaza,   Uniondale, NY 11556-3823
aty            +Joel Russel Clark,    McGivney Kluger & Cook, PC,   18 Columbia Turnpike,   3rd Floor,
                 Florham Park, NJ 07932-2266
aty            +John C. McMeekin, II,    Rawle & Henderson LLP,   Widener Building,   One South Penn Square,
                 1339 Chestnut Street, 16th Floor,    Philadelphia, PA 19107-3519
aty            +Joseph P. LaSala,    McElroy, Deutsch & Mulvaney,   1300 Mt. Kemble Ave.,   PO Box 2075,
                 Morristown, NJ 07962-2075
aty            +Michael J. Block,    Wilbraham Lawler & Buba,   30 Washington Ave. B3,
                 Haddonfield, NJ 08033-3341
aty            +Patricia Mary Henrich,    Reilly McDevitt Henrich & Cholden,   3 Executive Campus, Suite 310,
                 Cherry Hill, NJ 08002-4103
aty            +Ronald Edward Hurst,    Montgomery McCracken Walker Rhoads LLP,   Liberty View, Suite 600,
                 457 Haddonfield Road,   Cherry Hill, NJ 08002-2217
aty            +Roy F. Viola,    Hawkins Parnell Thackston & Young,   600 Lexington Ave., 8th Floor,
                 New York, NY 10022-7678
aty            +Russell A. Pepe,    Harwood Lloyd LLC,   130 Main Street,   Hackensack, NJ 07601-7152
aty            +Sarina Kaplan,    Lavin O'Neill Cedrone & Disipio,   1300 Route 73, Suite 307,
                 Mount Laurel, NJ 08054-2217
aty            +Steven A. Karg,    Norris McLaughlin, PA,   400 Crossing Blvd., 8th Floor,
                 Bridgewater, NJ 08807-2863
aty            +Susan B. Fellman,    Breuniger & Fellman,   1829 Front Street,   Scotch Plains, NJ 07076-1102
aty            +Timothy Corriston,    Connell Foley LLP,   85 Livingston Avenue,   Roseland, NJ 07068-3790
dft            +Maremont Corporation,    Kane, Russell, Coleman & Logan, PC,   3700 Thanksgiving Tower,
                 1601 Elm Street,   Dallas, TX 75201-4701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft              Curtis Wright Corporation
dft              New Avon LLC
dft              Uni Bond Brake LLC
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 02, 2019
                              Form ID: orderntc        Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2019 at the address(es) listed below:
              Gavin J. Rooney    on behalf of Defendant    Conopco, Inc. grooney@lowenstein.com,
               rlambert@lowenstein.com
              Gavin J. Rooney    on behalf of Defendant    Unilever US Inc. grooney@lowenstein.com,
               rlambert@lowenstein.com
              John Charles Garde, Jr    on behalf of Defendant    Johnson & Johnson Consumer Inc.
               jgarde@mccarter.com,  bsherman@mccarter.com
              John Charles Garde, Jr    on behalf of Defendant    Johnson & Johnson jgarde@mccarter.com,
               bsherman@mccarter.com
              Moshe  Maimon    on behalf of Plaintiff Joseph Anthony Jaconia mmaimon@levylaw.com,
               mmastrogiacomo@levylaw.com
              Richard  Heaslip    on behalf of Defendant    Johnson & Johnson Consumer Inc.
               richard.heaslip@weil.com
              Richard  Heaslip    on behalf of Defendant    Johnson & Johnson richard.heaslip@weil.com
              Robert  Ellis    on behalf of Plaintiff Joseph Anthony Jaconia rellis@levylaw.com
              Robert  Ellis    on behalf of Plaintiff    Estate of Lamona Jaconia rellis@levylaw.com
                                                                                              TOTAL: 9
```